UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>    Plaintiff,<br><br>  v.<br><br>GILBERT H. BROWN,<br><br>    Defendant. | Case No. 20-cv-00716-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed with prejudice for failure to state a claim.

**IT IS SO ORDERED.**

Dated: April 20, 2020

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SABINO QUAIR,

    Plaintiff,

v.

GILBERT H. BROWN,

    Defendant.

Case No. 20-cv-00716-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on April 23, 2020, I WILL SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Sabino Quair ID: BG0478
CSP-CMC East Fac  B -3234
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: April 20, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2